# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| RICHARD C. ACKOUREY, JR., <br> *Plaintiff* <br> v. <br> NOBLEHOUSE CUSTOM TAILORS, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 13-2319 <br> ) <br> ) |

*FILED CHARLOTTE, NC JUL 25 2014 US District Court Western District of NC*

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  5/13/2014 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  5/30/2014

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk